

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
MARK ROZENBERG■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 23, 2024

**Via CM/ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York

**MEMO ENDORSED**

RE:    *Velazquez v. Don Roberto Jewelers, Inc.*
       Case No.: 1:22-cv-09247-ER

Dear Judge Ramos:

   This law firm represents Plaintiff in the above-referenced matter. We write with Defendant's gracious consent to respectfully request that the Case Management Conference currently scheduled for October 25, 2024, be adjourned because it conflicts with a religious observance for Plaintiff's counsel. Plaintiff's counsel will not be available to check e-mail or use communication devices on October 24 and 25.

   We thank the Court for its kind consideration and courtesies.

                                        Respectfully Submitted,

                                        */s/ Mark Rozenberg*
                                        By:  Mark Rozenberg, Esq.

---

The request is granted. The case management conference scheduled for October 25, 2024, is adjourned to November 1, 2024, at 11:00 a.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: October 23, 2024
New York, New York