**MEMO ENDORSED**

## STILLMAN & ASSOCIATES

3015 NORTH BAY ROAD, SUITE B
MIAMI BEACH, FL 33140

TELEPHONE (888) 235-4279
FACSIMILE (888) 235-4279
e-mail pstillman@stillmanassociates.com

PHILIP H. STILLMAN
ADMITTED IN MASSACHUSETTS
AND CALIFORNIA

115 North Orange Drive
Los Angeles, California 90036

October 24, 2024

*VIA ECF*

The Honorable Edgardo Ramos
United States District Judge
United States District Court
 For the Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 1000

> The request is granted. The case management conference scheduled for November 1, 2024, is adjourned to November 21, 2024, at 3:30 p.m. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619. SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: October 25, 2024
> New York, New York

Re:   *Velazquez v. Don Roberto Jewelers, Inc.*, Case No. 1:22-cv-9247-ER
      **Request for further Adjournment of Case Management Conference**

Dear Judge Ramos:

I represent defendant Don Roberto Jewelers, Inc. ("Defendant") in the above-referenced action. I apologize to the Court for causing further disruption in the Court's schedule, but the Court has granted Plaintiff's adjournment of the Case Management Conference on October 23, 2024 and rescheduled it for November 1, 2024 at 11 a.m. However, and unfortunately, I will be out of the country on a long-planned vacation from October 30 through November 9 and will be unable to appear on the rescheduled November 1, 2024 date as I will be on a dive boat without internet or even cell service. I was hoping to impose on the Court to again reschedule the Case Management Conference for a time at the Court's convenience during the week of November 11, 2024 or the week of November 18, 2024, since I will be out of the country.

I again apologize for any imposition on the Court. Opposing counsel, Mark Rozenberg, is out of the office for a religious holiday, but I believe in good faith that he would not oppose this request for a further adjournment. Thank you for your consideration.

Sincerely,

STILLMAN & ASSOCIATES

By:_____
Philip H. Stillman

cc: Counsel

- 1 -