

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

November 20, 2024

**Via CM/ECF**
The Honorable Edgardo Ramos
United States District Court
Southern District of New York

**MEMO ENDORSED**
at page 2

RE:   *Velazquez v. Don Roberto Jewelers, Inc.*
      Case No.: 1:22-cv-09247-ER

Dear Judge Ramos:

This law firm represents Plaintiff in the above-referenced matter. We write with Defendant's consent to respectfully request that the Case Management Conference currently scheduled for November 21, 2024, be adjourned by 30 days.

Plaintiff makes this request in order to complete his responses to Defendant's interrogatories and document production requests. Service of these discovery responses is certain to make the rescheduled management conference more productive for all parties. Defendant has graciously consented to this request.

This conference was adjourned on October 23 due to a conflict for Plaintiff's attorney, and the adjournment was modified on October 25 due to a conflict for Defendant's attorney.

Additionally, the Parties jointly request that the Conference be held by phone or video because counsel for Defendant is in Florida. Likewise, the commute from New Jersey for Plaintiff's counsel is significant.

We thank the Court for its kind consideration and courtesies.

Respectfully Submitted,

The request is granted. The Case Management Conference will be held on January 3, 2025, at 10:30 am ET. The parties are instructed to call (855) 244-8681 and enter access code 2301 087 7354# when prompted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: November 20, 2024
New York, New York

*/s/ Mark Rozenberg*
By: Mark Rozenberg, Esq.